IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXIC

JESSIE JESUS MARQUEZ,

    Movant,

vs.                                        No. CV 19-00555 RB/KK
                                              No. CR 13-03367 RB

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT

**THIS MATTER** came before the Court on the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody filed by Movant, Jessie Jesus Marquez (CV Doc. 1; CR Doc. 641), and the Court having entered its Memorandum Opinion and Order denying the Motion,

**IT IS ORDERED, ADJUDGED AND DECREED** that **JUDGMENT** is entered and the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (CV Doc. 1; CR Doc. 641) is **DISMISSED** with prejudice.

                                                                    _____
                                                                      ROBERT C. BRACK
                                                                      SENIOR U.S. DISTRICT JUDGE